Form otfrcase

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

***In Re:*** Patricia A. Chapman
    ***Debtor(s)***

***Case No.:*** 11–82299            ***Chapter:*** 7

## *ORDER*

**IT IS HEREBY ORDERED** that the above captioned case is transferred to U.S. Bankruptcy Court, Northern District of Illinois, Rockford Division.

**Entered:** 9/28/11

                                              /S/    Thomas L. Perkins
                                            United States Bankruptcy Judge

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.